UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BRITTANY MARIE TOMLINSON )<br>        Plaintiff, )<br>v. )<br>)<br>STATE OF NORTH CAROLINA AND )<br>MICHELLE A. BALL, Clerk of )<br>Superior Court )<br>        Defendants. ) | **JUDGMENT**<br>5:24-CV-708-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge, to which no objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on March 14, 2025, and for the reasons set forth more specifically therein, that this action pursuant to 28 U.S.C. § 1915(e)(2).

**This Judgment Filed and Entered on March 14, 2025, and Copies To:**
Brittany Marie Tomlinson (via CM/ECF Notice of Electronic Filing)

March 14, 2025                          PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K. Collins
                           (By)    Sandra K. Collins, Deputy Clerk